## IRENE BROOKS *v.* UNION TRUST COMPANY
## (11566)
## (11567)

DUPONT, C. J., O'CONNELL and LAVERY, Js.

Submitted on briefs April 5—decision released April 27, 1993

*Thomas M. Conroy* and *Timothy P. Pothin* filed a brief for the appellant (plaintiff).

*Jeremy D. Booty* filed a brief for the appellant (intervening plaintiff Whitcomb Motors, Inc.).

*Sandra L. Hutchinson* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.